In the Matter of a Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK with Respect to a Mortgage Covering Premises No. 8415 4th Avenue, Borough of Brooklyn, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY. (Guarantee No. 171,057.) In the Matter of the Application of BROOKLYN TRUST COMPANY, as Trustee under Declaration of Trust for Consideration of a Proposed Satisfaction or Assignment of the Bond and Mortgage Comprising the Trust Estate. MAX ROSENBERG, Appellant; BROOKLYN TRUST COMPANY, as Trustee, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Johnston, Adel and Lewis, JJ.; Hagarty, J., not voting.

In the Matter of MORTGAGE COMMISSION OF THE STATE OF NEW YORK in Relation to Mortgage Investments Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY (Guarantee No. 180,914.) WILLIAM I. ALPERT, Appellant; MORTGAGE COMMISSION TRUSTEE CORPORATION, as Trustee, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 918.]

In the Matter of PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Successor by Merger to BANK OF MANHATTAN TRUST COMPANY, Judgment-Creditor-Appellant, against HAROLD J. HENRICH, Judgment-Debtor-Respondent. — Motion referred to the court that rendered the decision. Present — Close, P. J., Hagarty, Johnston and Lewis, JJ.; Adel, J., not voting. Motion for reargument granted and on reargument the decision of this court dated January 8, 1945, is amended so as to provide that the weekly installments to be paid by the judgment debtor be reduced to ten dollars each. Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ., concur. [See 268 App. Div. 1051.]

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of BERNARD B. SPIER, an Attorney. Matter referred to Honorable Charles J. Dodd, Official Referee, to hear and to report with his opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

In the Matter of the Application of CARL R. WITTEKIND for Reinstatement as an Attorney. Motion for reinstatement to practice as an attorney and counselor at law granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

CHRISTIE RICCIARDI, Appellant, v. AMERICAN EXPORT LINES, INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: (1) Was the order of Special Term dated July 16, 1943, denying the plaintiff's motion to strike out the " Fifth " defense contained in the answer, properly made? (2) Was the order of Special Term dated August 29, 1944, granting defendant's motion for summary judgment, properly made? Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 606.]

NATHAN TANNENBAUM, Appellant, v. CITY OF NEW YORK, NEW YORK CITY RAPID TRANSIT SYSTEM, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1062.]

JOHN TOOKER, Respondent, v. INTER-COUNTY TITLE GUARANTY AND MORTGAGE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1063.]